UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMIE D. COLLINS | CIVIL ACTION NO. 5:21-01812 |
| VERSUS | JUDGE DONALD E. WALTER |
| AARON OKEY, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the above-captioned case is hereby **DISMISSED**, without prejudice, for lack of subject matter jurisdiction. FED. R. CIV. P. 12(h)(3).

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 8th day of September, 2021.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE